To whom ever this may concern I have some very important information concern two Inmates here at Angola La who have neuroweapons in they possession. On April 28, 2021 I observe Inmate by the "nick name" of grim who was in his cell on spyware and on the screen was another person vision, what I mean by vision is this Inmate was seeing everything this person was looking at. It was the same type of spyware that I read about in the incident involving electromagnetic torture a report on the internet, where C.I.A agents and the U.S. Embassy staff was attack with these devices. The Inmate by the nickname name (grim) began to press buttons to send electric signals to the person he was watching, and that person begin to sweat and began to get dizzy. This person he was torture was on felenoyl and this neuroweapon in able him to amplified this drug which cause this person to go into a drug overdose. My name is Alvin Williams #480922 Falcon Camp-D here at Angola. The other person I observe was a Inmate I was in CBD tower lower right 5/4/21 I was housed in cell 6 and he was in cell 7. I don't know his name but I can describe him to you. He's about 4'11 ba brown complexion with 4 gold or 6 gold teeth at the top of his mouth. the information I do no know about him is that he is a well known heroin drug dealer, who is consider a big Tyner, also sell synthetic marijuana sheets of paper, both of them I had spoken with one of my family members who was able to give me a deep information on exactly what this da was.

From the moment I observe these two ~~inmates~~ inmates for the very first time they began to turn they're attention on me with this weapon. From morning to night I began to hear voices of people I know to be dead in my ear, also my family members voice was being mimic and used to interact with in various conversation. I began to feel goose bumps, heavy headed, abdominal cramps, shockwave of stinging pain and my blood pressure being control by being high and low. These two inmates have made my life a living hell with sleepless night. Also they have gotten cocky by telling me things that the guards were thinking and doing. They was able to manipulate and persuave other inmates to fighting and getting stabbed up. They have been creating a chaotic environment since I can remember encountering these two. Also I have become a victim of these two and also alot of guards here at Angola. You will never know what hit you with this device unless they come to you with your ears. This is very crazy and stressful. The guards are being spied on without they're knowledge. They have threathen to kill my mother, brother, sister and every friend I have if I contact law enforcement about they're business. I gotten my family scare to leave the house because of what I'm telling you. They have all of my family address, phone numbers, social security numbers and all other private information because of this device being able to tap into my phone calls and everything. As I'm writing you this letter they're threathening to kill my mother. Meanwhile they have spoken of having some guards on payroll if any outside officials get involve or get word of they're business to let them know, while they still keep a eye on them using spyware for themselves. They tell me that I'm a dead man if this letter get sent off. I feel very intimidated by these two and fear for my family. I can't believe that something like this actually exist.

This neuroweapon have the ability to control my ~~metabolism~~ metabolism and create shockwaves of pain throughout my whole body. I'm not the only person being effected by these ~~two~~ because another inmate and several others have told me exactly what this is, and this has to stop somewhere down the line. I guess I'm the only one who has the courage to step up and tell someone of these two motives and business. While alot of inmates have died because of drug overdose this my be the cause and I will be saving alot of lives by ~~telling~~ letting you all know but also putting my family lives at stake. I don't know there exact names but can positively ~~Identify~~ identify both of them by pictures if given the chance 100% percent sure can Identify them. I know for sure that out of Jefferson parish and Orleans parish that these two was convicted. These two inmates telling me now as I write this letter that y'all will never catch them with this because if they cells get shook down the other will let the other know of your coming by using spyware so it's impossible to for y'all to catch them and if he have to worst case scenario, he will have his family member which is a FBI agent send them another version and my torture and others will ~~~~ never stop. I know that they take ~~~~ turns staying up watching each other back, like a 12 hour shift. I'm asking for your help to protect and save the lives of others to bring these two to justice. I request a special meeting with a officer or agent to speak with in person to protect my Identity ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~. I pray that you can setup a private meeting so I can give you more info and positively identify ~~~~ these two people. Help me do the right thing. In order for y'all to catch them you must have one of the same device because they are able to ease drop on all of the guards here and will know of your doings. This is a threat to security.

Thank You

Alvin Williams #480922 Camp-D Fal-3