### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

**ALVIN WILLIAMS (#480922)**                                     **CIVIL ACTION NO.**

**VERSUS**                                                        **23-840-JWD-EWD**

**UNKNOWN INMATE 1, ET AL.**

<u>**RULING**</u>

On or about August 24, 2023, the Plaintiff, who is representing himself and is confined at the Louisiana State Penitentiary in Angola, Louisiana, filed a Complaint alleging a civil rights violation pursuant to 42 U.S.C. § 1983.[1]  Plaintiff failed to properly complete the form complaint and failed to submit either the filing fee or a motion to proceed *in forma pauperis*, so pursuant to correspondence dated October 16, 2023, the Court directed Plaintiff to submit a properly completed form complaint and either the filing fee or a properly completed motion to proceed *in forma pauperis* with statement of account within twenty-one (21) days and advised him that failure to do so would result in dismissal of his suit without further notice.[2]

A review of the record by the Court reflects that Plaintiff has failed to follow this Court's directives.  Nothing has been filed in this matter since the deficiency notice was docketed.  As such, Plaintiff's action shall be dismissed without prejudice for failure to correct the deficiencies of which he was notified.  Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITHOUT PREJUDICE**.  *Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on December 18, 2023.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] R. Doc. 1.
[2] R. Doc. 2.