UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ALVIN WILLIAMS (#480922)**            **CIVIL ACTION NO.**

**VERSUS**            **23-840-JWD-EWD**

**UNKNOWN INMATE 1, ET AL.**

## JUDGMENT

For the written reasons assigned,

**IT IS HEREBY ORDERED** that the above captioned proceeding is **DISMISSED WITHOUT PREJUDICE** for failure of the Plaintiff to correct the deficiencies of which he was notified.

Signed in Baton Rouge, Louisiana, on December 18, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**